379 A.2d 603

Commonwealth v. Pabon, Appellant.

Argued June 17, 1976. Donald C. Marino, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.